# **EXHIBIT D**



## HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

# Transcript of Dr. Kevin Jeffay

**Date:** October 27, 2017

**Case:** Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

**73**

1  MR. ERWINE: Objection, vague.
2  A So, again, I'm not construing Claim 9.
3  I'm just simply saying that the literal language
4  says, of actions, is a plural. So a person of
5  ordinary skill in the art I think would understand
6  that the pop-up menu has to have more than one
7  linked action.
8  Q Claim 9 depends from Claim 1, correct?
9  A Yes.
10  Q Claim 9 states, "the linked actions."
11  Do you see that?
12  A Let's use the patent rather than -- yes,
13  "the linked actions."
14  Q And do you understand that a term with the
15  term "the" in front of it should have an
16  antecedent basis, correct?
17  MR. ERWINE: Objection, calls for a legal
18  conclusion.
19  A I have some understanding of that.
20  Q What is the antecedent basis for the
21  linked actions -- strike that.
22  What would a person of ordinary skill in
23  the art understand to be the antecedent basis for
24  the linked actions in Claim 9?
25  MR. ERWINE: Objection, calls for a legal

**74**

1  conclusion, vague.
2  A So in my opinion, a person of ordinary
3  skill in the art would understand that the
4  antecedent basis is the linked action that is
5  recited in the limitation, "a user interface
6  enabling the selection of a detected structure and
7  a linked action."
8  Q So the antecedent basis for the plural
9  linked actions in Claim 9 is the singular linked
10  action in Claim 1 in the user interface
11  limitation. Is that your understanding?
12  A Well, my understanding is that in
13  interpreting patents when a patentee says a
14  something, that that is to be interpreted as one
15  or more. So when it says a linked action, my
16  understanding is that that can be satisfied by one
17  or more linked actions.
18  So the fact that 9 is plural and the
19  language we're talking about in Claim 1 is a
20  linked action, that there's no -- there's no
21  inconsistency there.
22  Q The antecedent basis for delinked actions
23  in Claim 9 is linking actions in Claim 1, correct?
24  MR. ERWINE: Objection, calls for a legal
25  conclusion.

**75**

1  A So I don't believe a person of ordinary
2  skill in the art would agree with you.
3  Q Why not?
4  A Because linked -- linked actions in
5  Claim 9 is a noun, it's a thing. What you're
6  referring to there is a verb, is the act of
7  linking; whereas the noun is in the next
8  limitation.
9  Q The actions is in both, right, and that's
10  a noun?
11  A Sure, but the phrase we're talking about
12  is not actions; it's linked actions.
13  Q Right. And the earlier phrase that we're
14  talking about is linking actions, right?
15  A Right, and that's a verb phrase; that's an
16  action.
17  Q So once those actions have been linked --
18  A May I complete my answer?
19  Q I'm sorry, I thought you were finished.
20  A Yes, linking appears in the passage you're
21  referring to, but that is an action, and Claim 9
22  is a noun, and the noun is found in the user
23  interface limitation.
24  Q A person of ordinary skill in the art
25  would understand that after the analyzer server

**76**

1  detects structures in the data and links actions
2  to the detected structures, then those would be
3  linked actions, correct?
4  MR. ERWINE: Objection, calls for a legal
5  conclusion, vague.
6  A The actions that are linked there become
7  linked actions, plural, yes.
8  Q Now, linking actions in Claim 1 has been
9  construed to require only one or more action,
10  correct?
11  MR. ERWINE: Objection, mischaracterizes
12  the court's decision.
13  THE WITNESS: Thank you.
14  A Yes.
15  Q You tell me, how does it mischaracterize?
16  A I'll tell you exactly. Because what it
17  says is that you --
18  MR. ERWINE: Calls for a legal conclusion.
19  Sorry.
20  A What my read of this -- I think the plain
21  language says -- is that there has to be multiple
22  actions. It just doesn't require that the actions
23  be linked to a single structure.
24  Q So it requires -- Claim 1, linking
25  actions, requires only one action per structure,

**Page 77**

1 correct?
2    MR. ERWINE: Objection, mischaracterizes
3 the witness's testimony.
4   Q One or more.
5   A It doesn't require that. It encompasses
6 that.
7   Q Claim 1 also describes only a singular
8 action that needs to be -- strike that.
9    Claim 1 also requires that the user
10 interface enable the selection of a linked action,
11 singular, correct?
12    MR. ERWINE: Objection, calls for a legal
13 conclusion.
14   A So the word there is a linked action, as
15 I've said. My understanding is that in the scope
16 of patent claims, when you recite a noun, that can
17 be satisfied -- that encompasses one or more. So
18 that -- that it encompasses plural actions in this
19 particular case.
20   Q And so you are saying that a person of
21 ordinary skill in the art -- strike that.
22    Are you saying that a person of ordinary
23 skill in the art reading Claim 9 knowing the
24 antecedent basis from Claim 1 would understand
25 that Claim 9 requires more than one action to be

**Page 78**

1 included in that pop-up menu?
2    MR. ERWINE: Objection, calls for a legal
3 conclusion.
4   A A person of ordinary skill in the art
5 reading Claim 9, understanding the antecedent
6 basis, would say that the pop-up menu has to have
7 more than one linked action.
8   Q Is that a claim construction?
9    MR. ERWINE: Objection, calls for a legal
10 conclusion, vague.
11   A In my mind it's not, simply because it's
12 just acknowledging -- I don't think it's a
13 construction to say that a plural noun requires
14 more than one.
15   Q Right. Even though, again, there was a
16 dispute earlier in whether the plural noun of
17 linking actions required more than one action per
18 structure or not?
19   A I don't think there is -- I'm not aware
20 that there's a dispute there. I think the court
21 gave us a construction for linking actions.
22   Q In the DA2 devices, the ResolverActivity
23 pop-up menu provides one or more choices to the
24 user, correct?
25   A It provides one or more choices for

**Page 79**

1 applications that can be used to complete the
2 action.
3   Q Have you previously provided the opinion
4 that the pop-up menu in Claim 9 requires plural
5 actions before your report on the design-around
6 products?
7   A I don't recall that that was ever an issue
8 previously. So I guess I don't recall.
9   Q Turn to Paragraph 103 of your most recent
10 report, please, Exhibit 1.
11   A Okay.
12   Q Just to put it in context, Paragraph 103
13 is in a section that is entitled, The Unaccused
14 ResolverActivity Functionality. Do you see that
15 from Page 35?
16   A I do.
17   Q If you need to look to get any context,
18 please do.
19    Here you're talking about the
20 ResolverActivity code in Paragraph 103. Is that
21 right?
22   A Correct.
23   Q Where you state this code?
24   A Yes.
25   Q You state that, "The ResolverActivity code

**Page 80**

1 is part of the Android framework and is shipped
2 with the Android Open Source."
3    Do you see that?
4   A Yes.
5   Q So what do you mean there by the Android
6 Open Source?
7   A My understanding is this is part of the
8 public -- publicly available Android code base?
9   Q Did you analyze whether Samsung modified
10 that Android code base in any relevant way for the
11 purposes of your most recent report?
12    MR. ERWINE: Objection, vague.
13   A I did look at the -- this code and the
14 code that exists in the design-around products to
15 see how similar or different they were, and my
16 conclusion was that they're essentially the same.
17   Q And so that -- so is it fair then to
18 deduce that your conclusion was that Samsung did
19 not modify the code in any significant way?
20    MR. ERWINE: Objection, mischaracterizes
21 the witness's testimony.
22   A I would say that for the purposes of the
23 analysis here, I didn't find any relevant
24 differences.
25   Q Did you -- strike that.