UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>        Defendants. | Case No. 12-CV-00630-LHK<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 2212 |

The parties filed a joint case management statement on November 1, 2017.  ECF No. 2212-2.  Having considered the parties' requests, the Court DENIES Samsung's request for leave to file a motion to strike.  The Court GRANTS Samsung's request for five extra pages in its opposition brief to address the design-around theories issue.  Similarly, the Court GRANTS Apple's request for five extra pages in its reply brief to respond to Samsung's argument on this issue.

The parties' request to continue the hearing on Apple's motion for ongoing royalties, currently set for January 11, 2018, is DENIED.  The Court set the date for this hearing in May 2017.  ECF No. 2201.  The Court's calendar for February 2018 is now full, and so the Court is unable to accommodate the parties' proposed alternative dates.  Lead counsel for Apple is

1

Case No. 12-CV-00630-LHK
CASE MANAGEMENT ORDER

welcome to appear telephonically or to have other counsel argue the motion.

The case management conference set for November 8, 2017 is hereby continued to January 31, 2018, at 2:00 pm.

**IT IS SO ORDERED.**

Dated: November 2, 2017

_____
LUCY H. KOH
United States District Judge

Case No. 12-CV-00630-LHK
CASE MANAGEMENT ORDER

2