ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE'S NOTICE OF RECENT DEVELOPMENT IN RELATED PROCEEDINGS** |

1    Apple provides this notice to apprise the Court that on November 6, 2017 the Supreme Court denied Samsung's petition for certiorari in *Samsung Electronics Co. v. Apple Inc.*, No. 16-1102.  Samsung's petition had sought review of the Federal Circuit's en banc decision reported at *Apple Inc. v. Samsung Electronics Co.*, 839 F.3d 1034 (Fed. Cir. 2016), and the Federal Circuit's injunction-related decision reported at *Apple Inc. v. Samsung Electronics Co.*, 809 F.3d 633 (Fed. Cir. 2015).  The Supreme Court's November 6, 2017 order denying Samsung's petition is available at page 2 of https://www.supremecourt.gov/orders/courtorders/110617zor_aplc.pdf.

Dated: November 7, 2017                     WILMER CUTLER PICKERING HALE AND DORR LLP


                                            By:  /s/ Mark D. Selwyn
                                                 MARK D. SELWYN

                                            Attorneys for Plaintiff
                                            APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 7, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark D. Selwyn
Mark D. Selwyn