| | |
|---|---|
| JAMES P. BENNETT (CA SBN 65179) | WILLIAM F. LEE (*pro hac vice*) |
| jbennett@mofo.com | william.lee@wilmerhale.com |
| ERIK J. OLSON (CA SBN 175815) | WILMER CUTLER PICKERING |
| ejolson@mofo.com |   HALE AND DORR LLP |
| NATHAN B. SABRI (CA SBN 252216) | 60 State Street |
| nsabri@mofo.com | Boston, Massachusetts 02109 |
| Morrison & Foerster LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (CA SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to seal Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion Regarding Ongoing Royalties, the Proposed Order Granting Apple's Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, and the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto.

Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion Regarding Ongoing Royalties, the Proposed Order Granting Apple's Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, and the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto contain information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.  Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned documents should be sealed.

Apple does not maintain a claim of confidentiality with respect to Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion Regarding Ongoing Royalties, the Proposed Order Granting Apple's Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, and the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto.  Apple does not file a proposed redacted version of the aforementioned documents in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents.  Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

1  For the foregoing reasons, Apple moves to file Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, or the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto under seal.

Dated: November 13, 2017

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn
*Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 13, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn