JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion Regarding Ongoing Royalties, the Proposed Order Granting Apple's Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, and the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto.

3. Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion Regarding Ongoing Royalties, the Proposed Order Granting Apple's Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, and the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto contain information that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.

4. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned documents should be sealed.

5. Apple does not maintain a claim of confidentiality with respect to Apple's Notice of Motion and Motion Regarding Ongoing Royalties, Apple's Brief in Support of its Motion

Regarding Ongoing Royalties, the Proposed Order Granting Apple's Motion Regarding Ongoing Royalties, the Declaration of Marylee Robinson in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto, or the Declaration of Sarah R. Frazier in Support of Apple's Motion Regarding Ongoing Royalties and the exhibits thereto.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 13th day of November, 2017.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn