JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-630-LHK<br><br>**DECLARATION OF SARAH R. FRAZIER IN SUPPORT OF APPLE'S MOTION REGARDING ONGOING ROYALTIES**<br><br>Date:    January 11, 2018<br>Time:    1:30pm<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

I, Sarah R. Frazier, declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in Massachusetts and am admitted *pro hac vice* in this action.

2. I am familiar with the facts set forth herein. If called as a witness, I could and would testify competently to those facts under oath.

3. I make this declaration in support of Apple's Motion Regarding Ongoing Royalties.

4. Attached hereto as Exhibit A is a true and correct copy of the transcript of the deposition in this matter of Samsung's expert Dr. Kevin Jeffay, held October 27, 2017.

5. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition in this matter of Apple's expert Todd C. Mowry, held October 31, 2017.

6. Attached hereto as Exhibit C is a true and correct copy of Samsung's Objections and Responses to Apple Inc.'s Interrogatories in Connection with Ongoing Royalties, dated July 7, 2017.

7. Attached hereto as Exhibit D is a true and correct copy of the Initial Expert Report of Dr. Todd C. Mowry In Connection With Ongoing Royalties, dated September 1, 2017.

8. Attached hereto as Exhibit E is a true and correct copy of the Rebuttal Expert Report of Dr. Kevin Jeffay In Connection With Ongoing Royalties of U.S. Patent No. 5,946,647, dated September 29, 2017.

9. Attached hereto as Exhibit F is a true and correct copy of the Reply Expert Report of Dr. Todd C. Mowry In Connection With Ongoing Royalties, dated October 9, 2017.

10. Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the deposition in this matter of Kyu Sun Song, held August 10, 2017.

11. Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the deposition in this matter of Daewoong Kim, held August 10, 2017.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on November 13, 2017.

      /s/ Sarah R. Frazier
Sarah R. Frazier
_____