QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] hereby bring this administrative motion for an order to seal certain documents filed in connection with Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties and the exhibits thereto.

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the document listed below:

| Document | Portions to be Filed Under Seal[2] |
|---|---|
| Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties | See conformed highlighted version of document to be filed within 7 days of declarations in support. |

Samsung maintains a claim of confidentiality over the document listed above, as detailed in the Declaration of Michael Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.

Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned document will be served on counsel for Apple so that Apple's counsel may indicate what, if any, Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural mechanism for requesting that portions of Samsung's Opposition Brief be placed under seal. Apple reserves the right to challenge any proposed

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Concurrently with this Administrative Motion, Samsung files versions of documents that highlight information Samsung requests be sealed in green.

1   redactions to the extent it believes those redactions improperly seal non-confidential information.

2   Within seven days of Apple or any third party filing declarations in support of sealing, if any, the

3   parties will prepare and Samsung will file a final consolidated and conformed copy of the

4   opposition identifying what information parties have supported sealing in their declarations.

6   DATED: December 6, 2017

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., and SAMSUNG
TELECOMMUNICATIONS
AMERICA, LLC

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

                                        */s/ Victoria Maroulis*

                                        Victoria Maroulis