1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198-51981/9725959.2

Case No. 12-CV-00630-LHK

1   Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,
2   "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to
3   Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties.
4   Having considered Samsung's motion, and compelling reasons having been shown, the
5   Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties | See conformed highlighted version of document |

**IT IS SO ORDERED.**

DATED: _____, 2017

_____
The Honorable Lucy H. Koh
United States District Judge