Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone:   (310) 893-5150
Facsimile:    (310) 893-5195

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 5:12-cv-00630 LHK |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DARYL M. CRONE FOR DEFENDANTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned requests that Daryl Crone, of Crone Hawxhurst LLP, be withdrawn as counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Defendants").  Other counsel of record will continue to represent Defendants.  As such, withdrawal of Mr. Crone will cause no prejudice to any party.

DATED:  December 7, 2017            CRONE HAWXHURST LLP

By   /s/ Daryl M. Crone
    Daryl M. Crone
    Attorneys for Defendants SAMSUNG
    ELECTRONICS CO., LTD., SAMSUNG
    ELECTRONICS AMERICA, INC., and
    SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC