1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No.: 5:12-cv-00630 LHK<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF DARYL M. CRONE FOR DEFENDANTS** |

1    Upon the consideration of the request to withdraw Daryl M. Crone of Crone Hawxhurst

2  LLP as counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics

3  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Defendants"), IT

4  IS HEREBY ORDERED that the request is GRANTED.

5    IT IS SO ORDERED.

6

7  DATED:_____

8

9                                      _____
                                       THE HONORABLE LUCY H. KOH
10                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -