| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE INC.'S MOTION FOR LEAD COUNSEL TO ATTEND HEARING REGARDING ONGOING ROYALTIES TELEPHONICALLY**<br><br>**Hearing:**<br><br>Date:   January 11, 2018<br>Time:   1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

1  Pursuant to the Court's Case Management Order (Dkt. 2213), Apple Inc. ("Apple")
2  submits this motion requesting that lead counsel William Lee be permitted to join the January 11,
3  2018 Hearing Regarding Ongoing Royalties by teleconference.
4  Due to a prior commitment to teach a class at Harvard Law School on the same day, Mr.
5  Lee is unable to attend the Hearing Regarding Ongoing Royalties in person.  While other counsel
6  will be present at the hearing to argue the motion on Apple's behalf, Apple respectfully requests
7  that Mr. Lee be allowed to appear telephonically.

Dated:  January 4, 2018	WILMER CUTLER PICKERING
	HALE AND DORR LLP

		By:	/s/ Mark D. Selwyn
			Mark D. Selwyn
			*Attorneys for Plaintiff and
			Counterclaim-Defendant APPLE INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn