**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAD COUNSEL TO ATTEND HEARING REGARDING ONGOING ROYALTIES TELEPHONICALLY** |

THE COURT, having considered Apple Inc.'s Motion For Lead Counsel To Attend Hearing Regarding Ongoing Royalties Telephonically, HEREBY GRANTS Apple's motion.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
Hon. Lucy H. Koh
United States District Court Judge