1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

11
12  APPLE INC., a California corporation,
13              Plaintiff,
14       vs.
15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
16  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
18
19              Defendants.

Case No. 12-cv-00630-LHK

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAD COUNSEL TO ATTEND HEARING REGARDING ONGOING ROYALTIES TELEPHONICALLY

20
21
22
23
24
25
26
27
28

THE COURT, having considered Apple Inc.'s Motion For Lead Counsel To Attend Hearing Regarding Ongoing Royalties Telephonically, HEREBY GRANTS Apple's motion.

Counsel shall contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

**IT IS SO ORDERED.**

Dated: _January 4_, 2018

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court Judge

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK

1