UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER REQUIRING PARTIES TO FILE AND DELIVER TO THE COURT BY 10:00 AM ON JANUARY 11, 2018 HIGHLIGHTED VERSIONS OF APPLE'S MOTION FOR ONGOING ROYALTIES, APPLE'S REPLY, AND RELEVANT EXHIBITS**<br><br>Re: Dkt. Nos. 2217, 2218, 2222, 2224 |

On November 13, 2017, Apple filed an administrative motion to file under seal its motion regarding ongoing royalties. ECF No. 2217. On November 17, 2017, Samsung filed a declaration in support of Apple's administrative motion to file under seal. ECF No. 2218. In Samsung's declaration, Samsung's counsel represented that Samsung would serve on Apple highlighted versions of the material that Samsung sought to seal "and Apple will file conformed highlighted versions within seven days of this Declaration." *Id.* ¶ 3. No such highlighted version has been filed.

On December 13, 2017, Apple filed an administrative motion to file under seal its reply in

1
Case No. 12-CV-00630-LHK
ORDER REQUIRING PARTIES TO FILE AND DELIVER TO THE COURT BY 10:00 AM ON JANUARY 11, 2018 HIGHLIGHTED VERSIONS OF APPLE'S MOTION FOR ONGOING ROYALTIES, APPLE'S REPLY, AND RELEVANT EXHIBITS

support of its motion regarding ongoing royalties.  ECF No. 2222.  On December 18, 2017, Samsung filed a declaration in support of Apple's administrative motion to file under seal.  ECF No. 2224.  Once again, Samsung's counsel represented that Samsung would serve on Apple highlighted versions of the material that Samsung sought to seal "and Apple will file conformed highlighted versions within seven days of this Declaration."  *Id.* ¶ 3.  No such highlighted version has been filed.

The Court hereby ORDERS the parties to file highlighted versions of Apple's motion, the relevant exhibits, and Apple's reply by 10:00 a.m. on January 11, 2018.  The parties shall also deliver courtesy copies of the highlighted versions to the Court by 10:00 a.m. on January 11, 2018.

**IT IS SO ORDERED.**

Dated: January 10, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 12-CV-00630-LHK
ORDER REQUIRING PARTIES TO FILE AND DELIVER TO THE COURT BY 10:00 AM ON JANUARY 11, 2018 HIGHLIGHTED VERSIONS OF APPLE'S MOTION FOR ONGOING ROYALTIES, APPLE'S REPLY, AND RELEVANT EXHIBITS