UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 2217, 2220, 2222 |

On November 13, 2017, Apple filed an administrative motion to file under seal its motion regarding ongoing royalties. ECF No. 2217. On December 6, 2017, Samsung filed an administrative motion to file under seal its opposition to Apple's motion regarding ongoing royalties. ECF No. 2220. On December 13, 2017, Apple filed an administrative motion to file under seal its reply. ECF No. 2222.

On January 11, 2018, the Court held a hearing on the motion regarding ongoing royalties during which the parties publicly discussed some of the information that Samsung previously contended was sealable. In light of the public disclosure of this information, the Court DENIES without prejudice the administrative motions to file under seal at ECF Nos. 2217, 2220, and 2222. As discussed at the hearing, the parties shall revise their administrative motions to file under seal

1

Case No. 12-CV-00630-LHK
ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL

to be consistent with the information publicly discussed at the hearing and shall refile their administrative motions to file under seal by Tuesday, January 16, 2018.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
LUCY H. KOH
United States District Judge