UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL**<br><br>Re: Dkt. No. 2212 |

On November 1, 2017, Apple filed an administrative motion to file under seal the parties' joint case management statement. ECF No. 2212. On November 6, 2017, Samsung filed a declaration in support of Apple's sealing motion. ECF No. 2214. Also on November 6, 2017, Apple filed exhibits indicating which parts of the documents Samsung sought to seal. ECF No. 2215.

On January 11, 2018, the Court held a hearing on Apple's motion regarding ongoing royalties during which the parties publicly discussed some of the information that Samsung previously contended was sealable. In light of the public disclosure of this information, the Court DENIES without prejudice the instant administrative motion to file under seal. As discussed at the hearing, the parties shall revise their administrative motion to file under seal to be consistent

1

Case No. 12-CV-00630-LHK
ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL

with the information publicly discussed at the hearing and shall refile their administrative motion to file under seal by Tuesday, January 16, 2018.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
LUCY H. KOH
United States District Judge