United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>            Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER ALLOWING APPLE TO FILE AN OPTIONAL RESPONSE TO SAMSUNG'S NOTICE REGARDING ITS 2014 ONGOING ROYALTIES BRIEFING**<br><br>Re: Dkt. No. 2236 |
|---|---|

On January 12, 2018, Samsung filed a Notice Regarding Its 2014 Ongoing Royalties Briefing. ECF No. 2236. Apple may file an optional 3-page response by Wednesday, January 17, 2018.

**IT IS SO ORDERED.**

Dated: January 15, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 12-CV-00630-LHK
ORDER ALLOWING APPLE TO FILE AN OPTIONAL RESPONSE TO SAMSUNG'S NOTICE REGARDING ITS 2014 ONGOING ROYALTIES BRIEFING