1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5 SAN JOSE DIVISION

| | |
|---|---|
| 6 APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 7        Plaintiff, | **JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 8        vs. | |
| 9 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 12        Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's January 12, 2018 orders (Dkts. 2233 and 2234), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] and Apple Inc. ("Apple") hereby jointly bring this administrative motion for an order to seal certain documents filed in connection with the parties' November 1, 2017 Joint Case Management Statement (Dkt. 2212), Apple's Motion Regarding Ongoing Royalties (Dkt. 2217), Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties (Dkt. 2220), Apple's Reply In Support Of Its Motion Regarding Ongoing Royalties (Dkt. 2222) and the exhibits thereto.

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the documents listed below:

| Docket No. | Document | Portions to be Filed Under Seal[2] |
|---|---|---|
| 2217-3 | Apple's Brief in Support of its Motion Regarding Ongoing Royalties | See attached revised highlighted version. |
| 2217-4 | Robinson Declaration with Exhibits | See attached revised highlighted version. |
| 2217-6 | Frazier Decl. Ex. A | See attached revised highlighted version. |
| 2217-7 | Frazier Decl. Ex. B | See attached revised highlighted version. |
| 2217-8 | Frazier Decl. Ex. C | See attached revised highlighted version. |
| 2217-9 | Frazier Decl. Ex. D | See attached revised highlighted version. |
| 2217-10 | Frazier Decl. Ex. E | See attached revised highlighted version. |

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Concurrently with this Administrative Motion, Samsung files versions of documents that highlight information Samsung requests be sealed in green.

| | | |
|---|---|---|
| 2217-11 | Frazier Decl. Ex. F | See attached revised highlighted version. |
| 2217-12 | Frazier Decl. Ex. G | See attached revised highlighted version. |
| 2217-13 | Frazier Decl. Ex. H | See attached revised highlighted version. |
| 2220-4 | Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties | See attached revised highlighted version. |
| 2222-2 | Apple's Ongoing Royalties Reply Brief | See attached revised highlighted version. |

Samsung maintains a claim of confidentiality over the document listed above, as detailed in the Declaration of Michael Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.

DATED: January 16, 2018

By:   /s/ Mark D. Selwyn
WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com

By:   /s/ Michael L. Fazio
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

| | | |
|---|---|---|
| 1 | NATHAN B. SABRI (CA SBN 252216) | William C. Price (Bar No. 108542) |
| | nsabri@mofo.com | williamprice@quinnemanuel.com |
| 2 | MORRISON & FOERSTER LLP | Michael T. Zeller (Cal. Bar No. 196417) |
| | 425 Market Street | michaelzeller@quinnemanuel.com |
| 3 | San Francisco, California 94105-2482 | Michael L. Fazio (Bar No. 228601) |
| | Telephone: (415) 268-7000 | michaelfazio@quinnemanuel.com |
| 4 | Facsimile: (415) 268-7522 | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, California  90017-2543 |
| 5 | | Telephone:  (213) 443-3000 |
| | | Facsimile:  (213) 443-3100 |

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio and Mark D. Selwyn have concurred in the aforementioned filings.

                                      */s/ Victoria Maroulis*
                                      Victoria Maroulis