JAMES P. BENNETT (CA SBN 65179)
jbennett@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (NMC)<br><br>**APPLE INC.'S NOTICE OF MOTION AND MOTION REGARDING ONGOING ROYALTIES**<br><br>Date: January 11, 2018<br>Time: 1:30pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**FILED UNDER SEAL** |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on January 11, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Court, Plaintiff Apple Inc. ("Apple") shall and hereby does move, pursuant to Civil Local Rule 7 and the Court's May 31, 2017 Case Management Order (Dkt. 2201), to award ongoing royalties consistent with the Court's prior ruling and judgment that Apple is entitled to ongoing royalties (Dkts. 2075, 2076).

This motion is based on this notice of motion and brief in support thereof, the supporting Declaration of Marylee Robinson, the supporting Declaration of Sarah R. Frazier, all cited exhibits, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

## RELIEF REQUESTED

Apple respectfully requests that the Court order Samsung to pay ongoing royalties in the amount of $117,118,673, plus interest pursuant to 28 U.S.C. § 1961, for sales of all Samsung products in the United States from November 26, 2014 through January 31, 2016, that were previously adjudicated to infringe U.S. Patent No. 5,946,647 ("the '647 patent") or that are not more than colorably different therefrom. This includes royalties for all post-judgment sales of products that Samsung agrees continued to infringe the '647 patent as well as all products for which Samsung claims it "designed around" the '647 patent, at the per-unit rates previously set by this Court (*see* Dkt. 2075).

APPLE INC.'S NOTICE OF MOTION AND MOTION REGARDING ONGOING ROYALTIES
CASE NO.12-CV-00630-LHK (NMC)

1

Dated: November 13, 2017

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document and its supporting documents were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 13, 2017         /s/ Mark D. Selwyn