# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION REGARDING ONGOING ROYALTIES**<br><br>**FILED UNDER SEAL** |

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK

1  THE COURT, having considered Apple Inc.'s Motion Regarding Ongoing Royalties,
2  HEREBY GRANTS Apple's motion and orders Samsung to pay ongoing royalties in the amount
3  of $117,118,673, plus interest pursuant to 28 U.S.C. § 1961.
4
5
6
7  **IT IS SO ORDERED.**
8
9  Dated: _____, 2017                    _____
10                                                  Hon. Lucy H. Koh
                                                    United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28