1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,
2    "Samsung") and Apple Inc. ("Apple") have jointly filed an Administrative Motion to File
3    Documents Under Seal.
4    Having considered the parties' joint motion, and compelling reasons having been shown,
5    the Court GRANTS the motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Apple's Brief in Support of its Motion Regarding Ongoing Royalties | See revised highlighted version. |
| Robinson Declaration with Exhibits | See revised highlighted version. |
| Frazier Decl. Ex. A | See revised highlighted version. |
| Frazier Decl. Ex. B | See revised highlighted version. |
| Frazier Decl. Ex. C | See revised highlighted version. |
| Frazier Decl. Ex. D | See revised highlighted version. |
| Frazier Decl. Ex. E | See revised highlighted version. |
| Frazier Decl. Ex. F | See revised highlighted version. |
| Frazier Decl. Ex. G | See revised highlighted version. |
| Frazier Decl. Ex. H | See revised highlighted version. |
| Samsung's Opposition to Apple's Motion Regarding Ongoing Royalties | See revised highlighted version. |
| Apple's Ongoing Royalties Reply Brief | See revised highlighted version. |

**IT IS SO ORDERED.**

DATED: _____, 2017

_____
The Honorable Lucy H. Koh
United States District Judge