| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE (*pro hac vice*) |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com |   HALE AND DORR LLP |
| Morrison & Foerster LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts  02109 |
| San Francisco, California  94105-2482 | Telephone:  (617) 526-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (617) 526-5000 |
| Facsimile:  (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE INC.'S RESPONSE TO SAMSUNG'S NOTICE REGARDING SAMSUNG'S 2014 ONGOING ROYALTIES BRIEFING** |
| Defendants. | |

Pursuant to the Court's invitation (Dkt. 2237), Apple Inc. ("Apple") submits this Response to Samsung's Notice Regarding Its 2014 Ongoing Royalties Briefing.

Samsung's 2014 filing was unambiguous. Samsung stated in the header of the relevant section: "There Are No Ongoing Sales of the Products with Software Held to Infringe the '647 Patent." Dkt. 1986-3 at 15. Samsung also stated that "[t]he Galaxy S III products remaining on sale already *incorporate different code* than the code relevant to Apple's claim for infringement of the '647 patent." *Id.* (emphasis added). Notably, Samsung did not define "Galaxy S III products" as limited to any particular models in its brief or any of the supporting papers filed therewith.[1] Finally, Samsung stated that "[i]n *the absence of continued sales of the products with software held to infringe*, this Court should not waste time and resources to establish an ongoing royalty based on the past facts of this case." *Id.* (emphasis added).

On March 3, 2017, Samsung produced to Apple sales data that indicated, for the first time, that it had continued to sell phones with the *same software* found to infringe Apple's '647 patent after judgment. Samsung did not dispute that these phones used the same software held to infringe the '647 patent. *See* Dkt. 2181-1 at 9-11. To the contrary, on March 14, 2017, the parties filed a joint statement in which Samsung agreed it had sold "products that did not implement any of its alleged design arounds." Dkt. 2182-2 at 3. Those products included Samsung's Galaxy S3 Mini, among others. Dkt. 2197-2 at 1.

Samsung's attempt to reconcile its prior representations with reality by alleging that "the Galaxy S3 Mini (SM-G730A) … is *not* a 'Galaxy S III product'" (Dkt. 2236 at 3) does little to assuage the concerns raised by the Court. First, as noted above, in its 2014 submission, Samsung made the broader, and indisputably incorrect, statement that it had ceased selling *any* phones "with software held to infringe." Second, Samsung has not previously drawn any distinction between "S III" and "S3." To the contrary, Samsung has used them interchangeably, including with respect to the "S3 mini." *See, e.g.*, Exhibit 1 (printout of Samsung webpage available at

---

[1] The declaration submitted by Dr. Jeffay that Samsung now relies on to define "the Galaxy S III products" allegedly referred to in its brief was not filed until weeks later in support of Samsung's reply brief. *See* Dkt. 2015-10.

APPLE'S RESPONSE TO SAMSUNG'S NOTICE
1           Case No. 12-cv-00630-LHK (NMC)

1  https://www.samsung.com/us/mobile/phones/all-other-phones/samsung-galaxy-s-iii-mini-at-t-
2  sm-g730ambaatt/ displaying an image of the SM-G730A with the words "GALAXY S III mini"
3  printed on the back of the phone and referring to the phone as the "Galaxy S III Mini 8 GB").
4  Indeed, the declaration of Dr. Jeffay that Samsung now relies on for its definition of "Galaxy S
5  III products" included the SPH-L710T, SGH-T999L, and SCH-R530X.  *See* Dkt. 2015-10 at 8.
6  Samsung referred to the *exact same models* as "Galaxy S3" phones in its letter to Apple
7  describing its purported design-arounds.  *See* Dkt. 2185-3 at Appendix A.

Dated:  January 17, 2018　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP

　　　　　　　　　　　　　　By:　　*/s/ Mark D. Selwyn*
　　　　　　　　　　　　　　　　　　Mark D. Selwyn
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and*
　　　　　　　　　　　　　　　　　　*Counterclaim-Defendant APPLE INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 17, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                         */s/ Mark D. Selwyn*
                                         Mark D. Selwyn