# EXHIBIT 1

MOBILE     TV & HOME THEATER     COMPUTING     APPLIANCES

# SAMSUNG

Galaxy S III Mini 8 GB (AT&T)

SUPPORT     BUSINESS ⌄     LOG IN / SIGN UP    WHERE TO BUY 🔍 🛒





SM-G730AMBAATT

## Galaxy S III Mini 8 GB (AT&T)

Case 5:12-cv-00630-LHK Document 2240-1 Filed 01/17/18 Page 4 of 11

★★★★☆　4.5 OUT OF 5 STARS (113)

Premium experience in a compact, sleek design

Unique and intuitive ways to share

⌄

PEBBLE BLUE

⌄

8GB

⌄

AT&T

WHERE TO BUY?

◯ ADD TO WISHLIST

◯ ADD TO COMPARE

# 5 MP

Camera resolution (Rear)

# 4x

Digital Optical Zoom

# 3.97 OZ

Weight

Expandable Memory

## Flagship Features, Compact Size

Like its big brother Galaxy S III, Galaxy S III mini delivers a world of possibilities for sharing, interaction, and entertainment — but in a smaller package. See your content look more brilliant and vivid with a Super AMOLED™ display and enjoy the premium Galaxy camera

Case 5:12-cv-00630-LHK Document 2240-1 Filed 01/17/18 Page 6 of 11

modes and intuitive user interface.



# Share Like Never Before

Share your content in more unique and intuitive ways than you ever knew was possible. Features like S Beam™, Share Shot, and Group Play make it is easy to connect, work, and play.



# Easy Does It

Easy Mode simplifies use, so you can explore at your own pace. Motion Gestures, S Voice, and Swype® give you faster and easier ways to use your phone.



# Endless Entertainment

Whether it's movies, books, or games, the Galaxy SIII mini has you covered. Plus, you can video chat with front and rear facing cameras.



*Features and specifications are subject to change without prior notification*

4.0 "

Main Display Size

5 MP

Camera resolution (Rear)

4x

Digital Optical Zoom

Android™ KitKat

3.97 oz

Weight

Expandable Memory

SEE ALL SPECS ⌄

113 User Reviews



"My wife is using this as well with the simplified screen. I upgraded to this phone so I could be able to teach her how to use it. I is just great for the beginning and provides me with enough function..."

garrydal September 07, 2014