1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

6

7  APPLE INC., a California corporation,

8          Plaintiff,

9                                              Case No. 12-cv-00630-LHK

10      vs.

11  SAMSUNG ELECTRONICS CO., LTD., a       **JOINT CASE MANAGEMENT**
    Korean business entity; SAMSUNG        **STATEMENT**

12  ELECTRONICS AMERICA, INC., a New       **Case Management Conference:**
    York corporation; SAMSUNG

13  TELECOMMUNICATIONS AMERICA,            Date:      January 31, 2018
    LLC, a Delaware limited liability company,  Time:      2:00 p.m.

14                                         Place:     Courtroom 8, 4th Floor
                                           Judge:     Hon. Lucy H. Koh

15          Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to this Court's Order (Dkt. 2231), the parties submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for January 31, 2018.

## I.   CASE STATUS

The parties respectfully suggest a continuance of the Case Management Conference scheduled for January 31, 2018 pending a decision on Apple's Motion Regarding Ongoing Royalties (Dkt. 2217-2), which the Court heard on January 11, 2018.  Once the Court rules on that motion, it may enter a final judgment.  If the Court would find it helpful, the parties can submit proposed forms of judgment after the Court issues its order regarding ongoing royalties.

## II.   SETTLEMENT AND ADR

The parties do not have any new progress to report regarding mediation or settlement.

Dated:  January 24, 2018

By: _Mark D. Selwyn_                                  By: _Victoria F. Maroulis_

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

James P. Bennett (CA SBN 65179)
jbennett@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants and
Counterclaim-Plaintiffs SAMSUNG
ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC., AND
SAMSUNG TELECOMMUNICATIONS,
AMERICA, LLC

Kathleen M. Sullivan (Bar No. 242261)
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on January 24, 2018, to all counsel of record who are deemed to have

4

consented to electronic service via the Court's CM/ECF system.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28