1  ERIK J. OLSON (CA SBN 175815)          WILLIAM F. LEE (*pro hac vice*)
   ejolson@mofo.com                        william.lee@wilmerhale.com
2  NATHAN B. SABRI (CA SBN 252216)         WILMER CUTLER PICKERING
   nsabri@mofo.com                           HALE AND DORR LLP
3  Morrison & Foerster LLP                 60 State Street
   425 Market Street                       Boston, Massachusetts  02109
4  San Francisco, California  94105-2482   Telephone:  (617) 526-6000
   Telephone:  (415) 268-7000              Facsimile:  (617) 526-5000
5  Facsimile:  (415) 268-7522
                                           MARK D. SELWYN (CA SBN 244180)
6                                          mark.selwyn@wilmerhale.com
                                           WILMER CUTLER PICKERING
7                                            HALE AND DORR LLP
                                           950 Page Mill Road
8                                          Palo Alto, California  94304
                                           Telephone:  (650) 858-6000
9                                          Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE INC.'S PROPOSED FORM OF JUDGMENT** |

Pursuant to the Court's Order (Dkt. 2244), Apple Inc. ("Apple") submits its proposed form of judgment, attached hereto as Exhibit A.

The Court previously entered judgment against Samsung and in favor of Apple in the amount of $119,625,000, and against Apple and in favor of Samsung in the amount of $158,400. Dkt. 2076. The Court also awarded $1,110,639.75 in costs to Apple. Dkt. 2144. Those awards have been affirmed in full by the Federal Circuit, and the Supreme Court has denied review; they are not subject to any further review. *See Apple Inc. v. Samsung Elecs. Co.*, 839 F.3d 1034, 1063 (Fed. Cir. 2016) (*en banc*) ("We affirm and reinstate the district court judgment as to the '647, '721, and '172 patents….We … reinstate the district court's award of costs which the panel had vacated.").

In correspondence to Apple, Samsung has suggested that it may ask the Court to reduce the prior judgment entered against it. Doing so, however, would be beyond the scope of the Federal Circuit's mandate to this Court, since the Federal Circuit affirmed the amounts awarded by the jury in full. In any event, the parties have agreed that Samsung's payment of the damages awarded by the jury (and the associated interest on that award) will be less than the total prior judgment to avoid double recovery by Apple for Samsung products found to infringe in both this matter and the 1846 case. *See* Dkt. 2185-2. Accordingly, Apple respectfully requests that the Court not disturb the affirmed judgment and that it enter judgment against Samsung and in favor of Apple on the remaining issues of supplemental damages, willfulness and enhanced damages, and ongoing royalties as proposed in the attached form of judgment.

Dated: February 22, 2018　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　HALE AND DORR LLP

　　　　　　　　　　　　　　By:　*/s/ Mark D. Selwyn*
　　　　　　　　　　　　　　　　　Mark D. Selwyn
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and*
　　　　　　　　　　　　　　　　　*Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 22, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn
