1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2   documents under seal;
3   Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4   motion and ORDERS that the documents below be filed under seal:
5   Apple's Proposed Form of Judgment, Including Exhibit A ([Proposed] Final Judgment)
6   filed therewith.
7   **IT IS SO ORDERED.**

9   DATED: _____

      The Honorable Lucy H. Koh
      United States District Court Judge