| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kathleen M. Sullivan (Bar No. 242261) kathleensullivan@quinnemanuel.com |
|   | Kevin P.B. Johnson (Bar No. 177129) |
| 8 | kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) |
| 9 | victoriamaroulis@quinnemanuel.com 555 Twin Dolphin Drive, 5th Floor |
| 10 | Redwood Shores, California 94065 Telephone: (650) 801-5000 |
| 11 | Facsimile: (650) 801-5100 |
| 12 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 13 | Michael T. Zeller (Cal. Bar No. 196417) michaelzeller@quinnemanuel.com |
| 14 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 15 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 16 | Telephone:  (213) 443-3000 Facsimile:  (213) 443-3100 |
| 17 | |
| 18 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| | Plaintiff, | **SAMSUNG'S LODGING OF DEMONSTRATIVES** |
| | vs. | |
| | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Defendants. | |

Case No. 12-CV-00630-LHK
SAMSUNG'S LODGING OF DEMONSTRATIVES

1   Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,
2   "Samsung")[1] hereby lodge a copy of the demonstratives provided to the Court at the January 11,
3   2018 hearing.

5   DATED: February 28, 2018         QUINN EMANUEL URQUHART & SULLIVAN, LLP

    */s/ Victoria F. Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Michael L. Fazio

    Attorneys for Defendants
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 28, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                 */s/ Victoria Maroulis*
                                               Victoria Maroulis