

*Apple v. Samsung*

**Ongoing Royalties Hearing
January 11, 2018**

5:12-cv-00630
Hon. Lucy Koh



## Accused Applications and Design Arounds

- Two applications accused at trial:

  – Samsung's web browser application ("Browser")

  – Samsung's text messaging application ("Messenger")

- Samsung implemented three design arounds

  – DA1-A – both Browser and Messenger

  – DA1-B – Browser only

  – DA2 – Messenger only



# The *TiVo* Standard

- Under *TiVo*, Apple must prove <u>both</u>:

  1. The design-arounds are not more than colorably different from the adjudicated products; and

     - If the design arounds are found to be more than colorably different, the inquiry ends

  2. The designed-around products independently infringe

- Apple must prevail on both tests



# Colorable Differences Focuses on the Adjudicated Features

- The comparison must be to the adjudicated features, not the claims:

    – The analysis must focus on differences between "those aspects of the accused product that were previously alleged to be, and were a basis for, the prior finding of infringement, and the modified features of the newly accused product."

    *TiVo*, 646 F.3d at 882

    – The "colorable-differences standard focuses on how the patentee in fact proved infringement, not what the claims require"

    *nCube*, 732 F.3d at 1351



## Colorable Differences Focuses on the Adjudicated Features

- Non-accused features of adjudicated products are irrelevant

  – In *nCube*, the patentee argued that "it need not prove every possible avenue of infringement at trial"

    *nCube*, 732 F.3d at 1351

  – But the colorable differences analysis focuses "on those elements of the adjudged infringing products that the patentee previously contended, and proved, satisfy specific limitations of the asserted claims"

    *Id.*

  – "In this way, the *TiVo* standard preserves values of notice and preservation of trial rights"

    *Id.*



## The Standard of Review is Clear and Convincing Evidence

- Clear and convincing is required for several reasons:

  – Abbreviated procedure

  – Magnitude of remedy

  – Right to a jury trial

- Comparable post-trial decisions apply clear and convincing evidence

- No decision has held preponderance of the evidence as a matter of law



# Claim 9 Narrows The "User Interface" Limitation

1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

an input device for receiving data;

an output device for presenting the data;

a memory storing information including program routines including

an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

a user interface enabling the selection of a detected structure and a linked action; and

an action processor for performing the selected action linked to the selected structure; and

a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.



# Detection Must Precede Selection

- The Court held at summary judgment that the claims require detection before selection:

> The parties agree that the plain and ordinary meaning of the claim limitation "a user interface enabling the selection of a **detected** structure" requires "the user interface to enable selection of a structure, by the user, **after** the structure has already been detected."

MSJ Order (Dkt. 1151) at 20 (quoting Mowry PI Reply Decl. (Dkt. 177) at ¶ 217) (emphasis in original)

# Samsung Designed Around Browser

| Browser | |
|---|---|
| **Adjudicated**<br>• Long press → context menu<br>• **Detect** then **select** | **DA1-A**<br>• Long press → generic menu<br>• Short tap → context menu<br>• **Select** then **detect**<br><br>**DA1-B**<br>• Long press → generic menu<br>• Short tap → context menu<br>• **Select** then **detect** |



# Samsung Designed Around Messenger

| Messenger | |
|---|---|
| **Adjudicated**<br>• Pre-detected structures<br>• Short tap → context menu<br>• **Detect** then **select** | **DA1-A**<br>• No pre-detected structures<br>• Short tap → context menu<br>• **Select** then **detect**<br><br>**DA2**<br>• Pre-detected structures<br>• Short tap → predetermined action<br>• Context menu **removed** |



# The Adjudicated Browser Features

- Browser **did not pre-detect** structures

  Jeffay Report (Dkt. 2217-10) at ¶¶ 86-87

- Only "**long press**" adjudicated, not short tap

  Jeffay Report (Dkt. 2217-10) at ¶¶ 88-89

  – Long press = press and hold

  – Long press → context menu

  – **Detect** then **select**



Jeffay Report (Dkt. 2217-10) at ¶ 89



# Browser DA1-A Is More Than Colorably Different

- Samsung **removed** the long press context menu



*Adjudicated*

Jeffay Report (Dkt. 2217-10) at ¶ 89



*DA1-A*

Jeffay Report (Dkt. 2217-10) at ¶ 152

- Context menus are created only on a short tap

- Samsung changed from **detect** then **select** to **select** then **detect**, i.e., after finger up



# Apple Relied On Long Press For Browser Adjudication

[T]here is no dispute that structures are detected after the user initially taps on the screen.  Then, **after the structure has been detected, the user interface enables the selection of such a detected structure when the device reacts to the user long-pressing the detected structure**[.]

Apple MSJ Opp. (Dkt. 919-3) at 3 (emphasis added)

**[A]fter the structure has been detected, the system enables the user to make a conscious decision to select that structure by holding his or her press** in order to bring up the menu of candidate actions.

Apple MSJ Opp. (Dkt. 919-3) at 4 (emphasis added)

[T]ouching and then holding down on the detected structure long enough to constitute a long-press, as **opposed to a short tap**.

Apple MSJ Opp. (Dkt. 919-3) at 3 (emphasis added)



# The Adjudicated Messenger Features

- Messenger **pre-detected** structures

- "**Short tap**" created context menu

  - **Detect** then **select**



Jeffay Report (Dkt. 2217-10) at ¶ 92

# Messenger DA1-A Is More Than Colorably Different

- Samsung **removed** pre-detection



*Adjudicated*

Jeffay Report (Dkt. 2217-10) at ¶ 92



*DA1-A*

Jeffay Report (Dkt. 2217-10) at ¶ 189

- Context menus are created only on a short tap

- Samsung changed from **detect** then **select** to **select** then **detect**, i.e., after finger up



# DA1-A Does Not Infringe

- Apple waived any DOE arguments

- There is no literal infringement

  – There is no dispute that detection occurs only **after** selection

- DOE also fails

  – DA1-A differs from the claims in a "material, and critical, way" because it **selects** then **detects**

  – It is the **opposite** of the claims, which require **detect** then **select**



# Apple Admitted That Pandit Reversed The Steps Of The Claims

- Apple argued that Pandit "reversed the steps" of the claims:

> Pandit does not disclose "a user interface enabling the selection of a detected structure" because Pandit requires that a user manually select text ***before*** Pandit attempts to recognize that text as performing to a particular class. This reverses the steps disclosed in the '647 patent in a material, and critical, way.

Mowry PI Reply Decl. (Dkt. 177) at ¶ 26 (emphasis in original)

- In Pandit, a user selects a structure by pointing and clicking, just like DA1

Pandit (Dkt. 118-45) at 2:3-8



# Browser DA1-B Is More Than Colorably Different

- Samsung **removed** the long press context menu

### Adjudicated



Jeffay Report (Dkt. 2217-10) at ¶ 89

### DA1-B



Jeffay Report (Dkt. 2217-10) at ¶ 176

- Context menus are created only on a short tap



# Browser DA1-B Does Not Infringe

- The same arguments apply to DA1-B as for DA1-A

- Apple failed to prove detection was complete on a short tap under any standard

  – Apple offered no evidence of when detection occurs and admitted it had failed to test for when detection occurs


# Messenger DA2 Is More Than Colorably Different

- Samsung **removed** the context menu **entirely**

- In the adjudicated Messenger app, short press created a context menu:



Samsung Br. at 22

- In DA2, a default, predetermined, action is performed:



Samsung Br. at 22

# Resolver Activity Is More Than Colorably Different

- The context menu appears **every** time; Resolver Activity may **never** appear, or may appear **only once**

- The context menu provides **choices** of actions (Send email or Add to Contacts); Resolver Activity performs a **predetermined** action



Jeffay Report (Dkt. 2217-10) at ¶ 193                    Jeffay Report (Dkt. 2217-10) at ¶ 118



# Messenger DA2 Does Not Infringe

- Apple waived reliance on Resolver Activity

  – It was in the adjudicated products

  – Apple never mentioned it

- DA2 is **identical** to adjudicated Browser short tap

  – Apple admitted this does not infringe

    Apple MSJ Opp. (Dkt. 919-3) at 3-4

- Resolver Activity is not a "pop-up menu of linked **actions**"

  – Instead, it allows a user to complete **one** action



# Apple Misapplies *Motorola*

- *Motorola* is irrelevant to "linked actions"

  – *Motorola* construed a different claim limitation ("analyzer server" and "linking actions to the detected structures," not the "user interface")

  – *Motorola* construed a different claim term ("linking actions," not "linked actions")

  – Claim 9 requires a "menu" of "linked actions," plural