1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kathleen M. Sullivan (Bar No. 242261)
7  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California 94065
   Telephone: (650) 801-5000
11 Facsimile: (650) 801-5100

12 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
15 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
16 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
17
   Attorneys for SAMSUNG ELECTRONICS
18 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
19 TELECOMMUNICATIONS AMERICA, LLC

20              UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
21

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 2251)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 12-CV-00630-LHK
FAZIO DECL. ISO APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**DECLARATION OF MICHAEL L. FAZIO**

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Documents Under Seal with regard to Apple's Lodged Demonstratives (Dkt. No. 2251).

3. Samsung seeks to seal portions of Apple's Lodged Demonstratives that contain Samsung source code and information regarding development, function, categorization, and operation of Samsung's source code and/or source code modules. Samsung will serve highlighted versions of this document on Apple and Apple will file a conformed highlighted version within seven days of this Declaration. (Case No. 11-cv-01846, Dkt. No. 2934).

4. Public disclosure of Samsung's source code, and/or descriptions of the operation of that code, including descriptions of its structure, would cause Samsung competitive harm as other manufacturers could use the information to copy the features exclusively found on Samsung's products, and to gain insight into Samsung's development process. As explained in detail in the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers source code descriptions highly confidential. *See* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal).

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1    5.   Samsung would face similar harm from public disclosure of information about Samsung's product and code development process.  Information about Samsung's internal product development processes and design-around times are highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.  *See, e.g.*, Declaration of Daniel Shim Dkt. No. 821, ¶ 10.

6.   This source code and product and code development information is properly sealable.  *See*, *e.g.*, Dkt. No. 1987 (ordering, *inter alia*, source code descriptions sealed).  This Court has expressly stated that "Courts have been clear that confidential source code is a trade secret," and that "source code algorithms and descriptions of the operation of that source code […] meet[] the 'compelling reasons' standard, and [are] sealable."  *Samsung I*, Dkt. No. 2168 at 13:6-9 (*citing Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)); *see also Samsung I*, Dkt. No. 1649 at 8:18-21 ("[S]ource code is undoubtably [sic] a trade secret.") (internal quotations and citation omitted); *Samsung I*, Dkt. No. 2222 at 24:22-24 ("Source code is proprietary and therefore appropriately may be sealed."); *Samsung I*, Dkt. No. 2232 at 2:6-11 ("To the extent that Samsung seeks to stay the February 1 order […] a stay is warranted. Source code involves proprietary information that the court already has found to be appropriate for a sealing request. […].").[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 5, 2018, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

---

[2]   Further, in *Dynetix Design Sols. Inc. v. Synopsys Inc.*, No. CV 11-05973-PSG, this Court stated that "[c]onfidential source code is generally accepted to be proprietary and sealable." 2012 WL 6586372, at *1 (N.D. Cal. Dec. 17, 2012).

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

                                         */s/ Victoria Maroulis*

                                         Victoria Maroulis