ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 12-cv-00630-LHK<br><br>**APPLE INC.'S LODGING OF DEMONSTRATIVES**<br><br>**FILED UNDER SEAL** |

Apple Inc. ("Apple") hereby lodges a copy of the demonstratives provided to the Court at the January 11, 2018 hearing.  The following pages were shown in Court during that hearing: 9-20, 22-25, 29, and 32-41.


Dated:  February 27, 2018              WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP

                                       By:     */s/ Mark D. Selwyn*
                                                        Mark D. Selwyn
                                                        *Attorneys for Plaintiff and*
                                                        *Counterclaim-Defendant Apple Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<u>*/s/ Mark D. Selwyn*</u>
Mark D. Selwyn

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Apple Inc.

## v.

# Samsung Electronics Co., Ltd., et al.

# Apple's Motion Regarding Ongoing Royalties



Case No. 12-CV-00630-LHK (NMC)

*January 11, 2018*

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
Contains Information Designated Highly Confidential By Samsung

# '647 Patent



# United States Patent

## Miller et al.

## Patent Number: 5,946,647

[54] SYSTEM AND METHOD FOR PERFORMING AN ACTION ON A STRUCTURE IN COMPUTER-GENERATED DATA

[75] Inventors: **James R. Miller**, Mountain View; **Thomas Bonura**, Capitola; **Bonnie Nardi**, Mountain View; **David Wright**, Santa Clara, all of Calif.

[73] Assignee: **Apple Computer, Inc.**, Cupertino, Calif.

[22] Filed: **Feb. 1, 1996**

JX. 1

# '647 Patent – Claim 9



## '647 Patent

**1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

    **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

    **[2]** a user interface enabling the selection of a detected structure and a linked action; and

    **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*

*JX. 1*

PDX88.8

3

# Adjudicated Infringing Phones



# Adjudicated Infringing Phones

**1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

   **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

   **[2]** a user interface enabling the selection of a detected structure and a linked action; and

   **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*

**No Dispute At Trial That Accused Phones Met Limitations 1(a), 1(b), 1(d)**

5

# Adjudicated Infringing Phones – Messenger

1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

[a] an input device for receiving data;

[b] an output device for presenting the data;

[c] a memory storing information including program routines including

[1] an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

[2] a user interface enabling the selection of a detected structure and a linked action; and

[3] an action processor for performing the selected action linked to the selected structure; and

[d] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

[e] 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*

# Adjudicated Infringing Phones – Messenger

1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

[a] an input device for receiving data;

[b] an output device for presenting the data;

[c] a memory storing information including program routines including

  [1] an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

  [2] a user interface enabling the selection of a detected structure and a linked action; and

  [3] an action processor for performing the selected action linked to the selected structure; and

[d] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

[e] 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Messenger

1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

[a] an input device for receiving data;

[b] an output device for presenting the data;

[c] a memory storing information including program routines including

   [1] an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

   [2] a user interface enabling the selection of a detected structure and a linked action; and

   [3] an action processor for performing the selected action linked to the selected structure; and

[d] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

[e] 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Messenger

**1**. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

   **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

   **[2]** a user interface enabling the selection of a detected structure and a linked action; and

   **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e] 9**. The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Messenger

**1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

    **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

    **[2]** a user interface enabling the selection of a detected structure and a linked action; and

    **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e] 9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Messenger

1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

   **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

   **[2]** a user interface enabling the selection of a detected structure and a linked action; and

   **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*

**Menu of Linked Actions**



11

# Adjudicated Infringing Phones – Messenger







**1(c)(1):** "detecting structures in the data"

**1(c)(2):** "user interface enabling the selection of a detected structure and a linked action"

**9:** "display a pop-up menu of linked actions"

**1(d):** "an action processor for performing the selected action linked to the selected structure"

12

# Adjudicated Infringing Phones – Browser

**1**. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

    **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

    **[2]** a user interface enabling the selection of a detected structure and a linked action; and

    **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9**. The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Browser

**1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

    **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

    **[2]** a user interface enabling the selection of a detected structure and a linked action; and

    **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9.** The system recited in claim **1,** wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Browser

**1**. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

[a] an input device for receiving data;

[b] an output device for presenting the data;

[c] a memory storing information including program routines including

   [1] an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

   [2] a user interface enabling the selection of a detected structure and a linked action; and

   [3] an action processor for performing the selected action linked to the selected structure; and

[d] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

[e] **9**. The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



# Adjudicated Infringing Phones – Browser



**1**. A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

  **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

  **[2]** a user interface enabling the selection of a detected structure and a linked action; and

  **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9**. The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*

# Adjudicated Infringing Phones – Browser

**1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

   **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

   **[2]** a user interface enabling the selection of a detected structure and a linked action; and

   **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*



17

# Adjudicated Infringing Phones – Browser







**1(c)(1):** "detecting structures in the data"

**1(c)(2):** "user interface enabling the selection of a detected structure and a linked action"

**9:** "display a pop-up menu of linked actions"

**1(d):** "an action processor for performing the selected action linked to the selected structure"

18

# Samsung's Three Redesigns

**DA1-A**

- Implemented in Browser and Messenger
- Browser: Two Changes
  - Short Tap substituted for Long Press
  - Minor change related to the timing of call to detection function, unnoticeable to user
- Messenger: Two Changes
  - Data no longer pre-detected and highlighted
  - Timing of call to detection function modified

**DA1-B**

- Implemented in Browser
- One Change
  - Short Tap substituted for Long Press

**DA2**

- Implemented in Messenger
- One Change
  - Resolver Activity Pop-Up Menu substituted for Contextual Pop-Up Menu as first menu to appear after user selection of a structure

19

# Redesign Phones

## 83 Total Redesign Phones

- Browser
  - DA1-A: 73 phones
  - DA1-B: 5 phones
  - No Samsung Browser: 5 phones
- Messenger
  - DA1-A: 5 phones
  - DA2: 78 phones

**There are 5 additional phones for which Samsung admits no design-around attempt**

# Redesign Phones

## 83 Total Redesign Phones

- 70 products implement DA2 in Messenger and DA1-A in Browser;

- 3 products implement DA1-A in Messenger and in Browser;

- 1 product implements DA1-A in Messenger and DA1-B in Browser;

- 4 products implement DA2 in Messenger and DA1-B in Browser;

- 1 product implements DA1-A in Messenger and contains no Samsung Browser;

- 4 products implements DA2 in Messenger and contain no Samsung Browser.

# Redesigns – Affected Claim Limitations

**1.** A computer-based system for detecting structures in data and performing actions on detected structures, comprising:

**[a]** an input device for receiving data;

**[b]** an output device for presenting the data;

**[c]** a memory storing information including program routines including

    **[1]** an analyzer server for detecting structures in the data, and for linking actions to the detected structures;

    **[2]** a user interface enabling the selection of a detected structure and a linked action; and

    **[3]** an action processor for performing the selected action linked to the selected structure; and

**[d]** a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.

**[e]** **9.** The system recited in claim **1**, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.

*Col. 7, Ln. 9-24, 53-55*

**Samsung asserts that the three redesigns impact the following claim limitations:**

- **DA1-A: Claim 1(c)(2)**
- **DA1-B: Claim 1(c)(2)**
- **DA2: Claim 1(c)(2) and 9**

22

# Redesign DA1-A

**Browser: 73 products**

**Messenger: 5 products**

**DA1-A Phones still have the same features as the Adjudicated Infringing Phones:**

– Present structures to users

– Allow users to select structures using finger gestures

– Display the same Contextual Pop-Up Menu

– Allow users to launch actions from the Contextual Pop-Up Menu





23

# Redesign DA1-A

## DA1-A Redesigns

- Browser:
  - Gesture that calls the Contextual Pop-up Menu switched from Long Press to Short Tap
  - Call to functions that detect structures moved from Finger Down to Finger Up (but detection process still begins with Finger Down as before)
- Messenger:
  - Structures no longer pre-detected and highlighted
  - Call to functions that detect structures moved to Finger up

  

24

# Browser:  Infringing Phone and DA1-A Phone



*Galaxy SIII*









# Redesign DA1-B

**Browser: 5 products**

**DA1-B Phones still have the same features as the Adjudicated Infringing Phones:**

- – Present structures to users

- – Allow users to select structures using finger gestures

- – Display the same Contextual Pop-Up Menu

- – Allow users to launch actions from the Contextual Pop-Up Menu





29

# Redesign DA1-B

## DA1-B Redesigns

– Gesture that calls the Contextual Pop-up Menu switched from Long Press to Short Tap

  

30







# Redesign DA2

**Messenger: 78 products**

**DA2 Phones still have the same features as the Adjudicated Infringing Phones:**

- Pre-detect and highlight structures for users

- Allow users to select structures using finger gestures

- Display a Pop-Up Menu

- Allow users to launch actions from the Pop-Up Menu



# Redesign DA2

## DA2 Redesign

– Contextual Pop-Up Menu removed such that Resolver Activity Pop-Up Menu is first to appear after user selection of a structure



# Messenger:  Infringing Phone and DA2 Phone



*Galaxy SIII*















