United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>            Defendants. | Case No. 12-CV-00630-LHK<br><br>**ORDER RE PARTIES' PROPOSED JUDGMENT FORMS**<br><br>Re: Dkt. Nos. 2245, 2246 |

The parties submitted proposed judgment forms. ECF Nos. 2245, 2246. The parties agree about how much money Samsung should pay to Apple, but they disagree about whether the final judgment amount should reflect a $23,120,933.00 deduction that the parties agree would constitute an impermissible double recovery based on damages already awarded in the 11-CV-1846 case ("the 1846 Case"). Apple argues that the judgment should reflect the jury's full damages award of $119,625,000.00 plus interest. Apple notes that the parties agree that Samsung will only pay $96,504,067.00 of that amount. Samsung argues that the judgment should reflect the deduction to account for double recovery and so advocates for a judgment for $96,504,067.00.

The Court reaffirms its previous statement that "the Court will not allow Apple to attain a double recovery" on the Galaxy S II products at issue in both the instant case and the 1846 case.

1
Case No. 12-CV-00630-LHK
ORDER RE PARTIES' PROPOSED JUDGMENT FORMS

*See* ECF No. 1965 at 46.  However, as the Court previously explained, a double recovery only occurs when Apple receives two awards for each infringing sale. *Id.* at 47.  The parties have stipulated that "Samsung may deduct from its payment damages attributable to the units for which Samsung already paid damages in the 1846 Case."  ECF No. 2249; *see also* ECF Nos. 2246, 2185-2.

A damages retrial is set for May 14, 2018 in the 1846 Case.  Thus, the damages awarded in the Court's Partial Final Judgment in the 1846 Case may need to be adjusted based on the jury's verdict in the retrial.  As such, the Court concludes it would be inappropriate to reduce the judgment amount in the instant case now because the amount of damages in the 1846 Case may still change.  In addition, the eventual judgment in the 1846 Case may be subject to appeal.  Accordingly, the Court will consult with the parties if necessary after all appeals are resolved to ensure that Apple does not collect a double recovery.

**IT IS SO ORDERED.**

Dated: April 10, 2018

_____
LUCY H. KOH
United States District Judge

Case No. 12-CV-00630-LHK
ORDER RE PARTIES' PROPOSED JUDGMENT FORMS