1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>          Defendants. | Case No. 12-CV-00630-LHK<br><br>**FINAL JUDGMENT** |

This Court previously entered judgment against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and in favor of Apple Inc. ("Apple") in the amount of $119,625,000.00 plus interest, ECF No. 2076, and awarded $1,110,639.75 in costs to Apple, ECF No. 2144.  The Court also previously entered judgment against Apple and in favor of Samsung in the amount of $158,400.00.  ECF No. 2076.  Those judgments have been affirmed on appeal.  *See Apple Inc. v. Samsung Elecs. Co.*, 839 F.3d 1034, 1063 (Fed. Cir. 2016) (en banc).

In addition, judgment is hereby entered against Samsung and in favor of Apple in the amount of $██████ in supplemental damages, plus associated pre-judgment and post-judgment interest in the amounts agreed to by the parties.  *See* ECF No. 2182-2.

1

1    Judgment is entered against Samsung and in favor of Apple in the amount of $897,187.50

2  in enhanced damages for Samsung's willful infringement of the '721 patent.  *See* ECF No. 2203.

3    Judgment is entered against Samsung and in favor of Apple in the amount of

4  $6,494,252.00 in ongoing royalties, plus associated post-judgment interest pursuant to 28 U.S.C.

5  § 1961.  *See* ECF No. 2244.

6    The Clerk shall close the case file.

7  **IT IS SO ORDERED.**

8

9  Dated: April 10, 2018

10                                                        *Lucy H. Koh*

11                                            LUCY H. KOH
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 12-CV-00630-LHK
FINAL JUDGMENT

United States District Court
Northern District of California