UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br> Defendants. | Case No. 12-CV-00630-LHK <br><br> **CERTIFICATE OF SERVICE** <br><br> **(UNDER SEAL)** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/11/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

> James P. Bennett, Erik J. Olson, and Nathan Sabri
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94105-2482
>
> William F. Lee
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, Massachusetts 02109
>
> Mark D. Selwyn
> Wilmer Cutler Pickering Hale and Dorr LLP
> 950 Page Mill Road
> Palo Alto, California 94304

1  Charles K. Verhoeven and Kevin A. Smith
   Quinn Emanuel Urquhart & Sullivan, LLP
2  50 California Street, 22nd Floor
   San Francisco, California 94111

3  Kathleen M. Sullivan, Kevin P.B. Johnson, and Victoria F. Maroulis
   Quinn Emanuel Urquhart & Sullivan, LLP
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065

5

6  William C. Price, Michael T. Zeller, and Michael L. Fazio
   Quinn Emanuel Urquhart & Sullivan, LLP
   865 South Figueroa Street, 10th Floor
7  Los Angeles, California 90017-2543

8  Dated: 4/11/2018                          Susan Y. Soong
                                             Clerk, United States District Court
9

10

11                                           By:_____
                                             Irene Mason, Deputy Clerk to the
12                                           Honorable LUCY H. KOH

2