| | |
|---|---|
| JAMES P. BENNETT (CA SBN 65179)<br>jbennett@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 12-cv-630-LHK<br><br>**DECLARATION OF MARYLEE ROBINSON IN SUPPORT OF APPLE'S MOTION REGARDING ONGOING ROYALTIES**<br><br>**FILED UNDER SEAL** |

I, Marylee Robinson, declare as follows:

1. I am a Director with Stout Risius Ross Inc. ("Stout"), a global financial advisory firm that specializes in Investment Banking, Valuation and Financial Opinions, and Dispute Advisory Services. I have over 17 years of experience providing a variety of litigation consulting services, including commercial damages, fraud investigation, and forensic accounting, as well as consulting on restructuring and insolvency matters. I previously worked at Invotex Group. At both Stout and Invotex, I have assisted in the preparation of damages and financial calculations on behalf of Apple in disputes with Samsung in connection with both lawsuits filed in the Northern District of California. Through my work at Stout and Invotex Group, I have personal knowledge of the matters stated herein. I submit this declaration and exhibits thereto in support of Apple's Motion Regarding Ongoing Royalties.

2. I am a licensed Certified Public Accountant. My business address is Legg Mason Tower, 100 International Drive, 23rd Floor, Baltimore, MD 21202.

3. In the above-captioned case, the Court previously set the rate that should be used to calculate ongoing royalties for any continued infringement of U.S. Patent No. 5,946,647 ("the '647 patent") by Adjudicated Products or products "not more than colorably different therefrom" at $2.71 per unit. Dkt. 2575.

4. On March 3, 2017, Samsung produced a spreadsheet reflecting its product sales in the United States from November 2015 through January 2016. The spreadsheet also identified the first date on which Samsung's alleged design arounds were implemented in each of its products.

5. Samsung also provided Interrogatory Responses identifying which of its alleged design arounds were implemented in the Messenger and Browser applications of each of its products.

6. Using the data and information provided by Samsung, and the ongoing royalty rate set by the Court, I calculated the ongoing royalties for the '647 patent for sales of Samsung products between November 26, 2014 (i.e., the day after final judgment entered in this action) and January 31, 2016 (i.e., the day before the expiration of the '647 patent) that did not implement any alleged design arounds by multiplying the number of units sold by the per-unit rate set by the Court. The amount of ongoing royalties for these units is $6,494,252. I also calculated the post-judgment interest associated with those ongoing royalties as ▮ through March 31, 2017, plus ▮ in daily interest thereafter. I understand that Samsung has agreed to these calculations. *See* Dkt. 2197-2.

7. Also using the data and information provided by Samsung, including Samsung's Interrogatory Responses identifying which of its alleged design arounds were implemented in the messenger and Browser applications of each product, I counted the number of units of Samsung products sold between November 26, 2014 and January 31, 2016 that fall into the following categories:

   a. Products that implement DA1-A in Browser and DA2 in Messenger;
   b. Products that implement DA2 in Messenger and do not contain a Samsung Browser;
   c. Products that implement DA1-B in Browser and DA2 in Messenger;
   d. Products that implement DA1-A in Messenger and DA1-B in Browser;
   e. Products that implement DA1-A in Messenger and Browser; and
   f. Products that implement DA1-A in Messenger and do not contain a Samsung Browser.

Using the ongoing royalty rate set by the Court, I then calculated the ongoing royalties for each category by multiplying the number of units sold by the per-unit rate set by the Court.  **Exhibit 1** summarizes these calculations.

8. I then calculated the total potential ongoing royalties by adding the ongoing royalties for each of the product categories identified in Paragraph 7 to the ongoing royalties Samsung has agreed to pay for the products that did not implement any design arounds.  The result of this calculation, shown in **Exhibit 1**, is $117,118,673.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on November 10, 2017.

_____
Marylee P. Robinson

Case 5:12-cv-00630-LHK   Document 2259-3   Filed 04/16/18   Page 5 of 11
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 1



| Number of Products Sold Post-Judgment 1/ | Design Around(s) Implemented 1/ | Units Subject to Ongoing Royalties 2/ | Ongoing Royalties 3/ |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | | ▉ | $110,624,421 |

**Agreed-to Royalties for Sales of Units with No Design Arounds Implemented**            $6,494,252   10/
**Total Ongoing Royalties**            $117,118,673



*Apple Inc. v. Samsung Electronics Co., LTD., et al.*

**Samsung U.S. Sales of Products by Available Design Around**
**(November 26, 2014 to January 31, 2016)**

EXHIBIT 2

| Design Around Type | | Nov 26 to 30 | Dec | 2015 | | | | | | | | | | 2016 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Browser | Messenger | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | |

**No Design Around Available**
[redacted]

**Combination 1**
[redacted]

**Combination 2**
[redacted]

**Combination 3**
[redacted]

**Combination 4**
[redacted]

**Combination 5**
[redacted]

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Case 5:12-cv-00630-LHK   Document 2259-3   Filed 04/16/18   Page 7 of 11

EXHIBIT 2

*Apple Inc. v. Samsung Electronics Co., LTD., et al.*
**Samsung U.S. Sales of Products by Available Design Around**
**(November 26, 2014 to January 31, 2016)**



Prepared by Stout Risius Ross
Page 2 of 2

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Apple Inc. v. Samsung Electronics Co., LTD., et al.*
**Samsung U.S. Unit Sales of Products in the 630 Action**
**(November 26, 2014 to January 31, 2016)**

EXHIBIT 3A

| Marketing Name | Model No. | Sales in USA SW version | Design Around Type Browser | Messenger | First Date | # of Days Before DA in DA Month | # of Days in Month | Nov 26 to 30 | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2016 Jan | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Data rows redacted]

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc. v. Samsung Electronics Co., LTD., et al.
**Samsung U.S. Unit Sales of Products in the 630 Action**
**(November 26, 2014 to January 31, 2016)**

EXHIBIT 3A

| Marketing Name | Model No. | Sales in USA SW version | Design Around Type Browser | Messenger | First Date | # of Days Before DA in DA Month | # of Days in Month | Nov 26 to 30 | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2016 Jan | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prepared by Stout Risius Ross
Page 2 of 2

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Apple Inc. v. Samsung Electronics Co., LTD., et al.*

**Samsung U.S. Unit Sales of Products in the 630 Action**
**(November 26, 2014 to January 31, 2016 with no design around implemented)**

EXHIBIT 3B

| Marketing Name | Model No. | Sales in USA SW version | Design Around Type Browser | Messenger | First Date | # of Days Before DA in DA Month | # of Days in Month | Nov 26 to 30 | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2016 Jan | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prepared by Stout Risius Ross
Page 1 of 2

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Apple Inc. v. Samsung Electronics Co., LTD., et al.*

**Samsung U.S. Unit Sales of Products in the 630 Action**
**(November 26, 2014 to January 31, 2016 with no design around implemented)**

EXHIBIT 3B



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER