# EXHIBIT G
## (Filed Under Seal)



**Attorneys' Eyes Only**

# Transcript of Kyo Sun Song, as Designated Representative

**Date:** August 10, 2017

**Case:** Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

Attorneys' Eyes Only
Transcript of Kyo Sun Song, as Designated Representative
Conducted on August 10, 2017

1 (1 to 4)

---

**Page 1**

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
- - - - - - - - - - - - - - - - - - -x
APPLE INC., a                        :
California corporation,
        Plaintiff,                   :
     v.                              :
SAMSUNG ELECTRONICS CO. LTD., a      :
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a         : Civil Action No.
New York corporation, and              11-CV-01846-LHK
SAMSUNG TELECOMMUNICATIONS           :
AMERICA, LLC, a Delaware
limited liability company,           :
        Defendant
- - - - - - - - - - - - - - - - - - -
APPLE INC., a                        :
California corporation,
        Plaintiff,                   :
     v.                              :
SAMSUNG ELECTRONICS CO. LTD., a      :
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a         : Civil Action No.
New York corporation, and              12-CV-00630-LHK
SAMSUNG TELECOMMUNICATIONS           :
AMERICA, LLC, a Delaware
limited liability company,           :
        Defendant.
- - - - - - - - - - - - - - - - - - -x

              ATTORNEYS' EYES ONLY

      Videotaped Deposition of SAMSUNG,
    By and through its Designated Representative

                  KYO SUN SONG
                SEOUL, SOUTH KOREA
              Thursday, August 10, 2017
                     3:05 P.M.

Job No.: 154123
Pages: 1 - 38
Reported By: M. Michaud, CSR(A)
```

**Page 2**

```
    Videotaped Deposition of KYO SUN SONG, held at the
offices of:


          INTERCONTINENTAL SEOUL COEX
          524 Bongeunsa-ro
          Gangnam-gu
          Seoul, 06164
          Phone: 82-2-34522500









     Pursuant to notice, before M. Michaud, CSR(A).
```

**Page 3**

```
              A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

    CALVIN WALDEN, ESQUIRE
    WILMER CUTLER PICKERING HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California  94304
    Phone: 1.650.858.6168


    DAVID SMITH, ESQUIRE
    WILMER CUTLER PICKERING HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California  94304
    Phone: 1.650.858.6168

ON BEHALF OF DEFENDANT:

    RICHARD ERWINE, ESQUIRE
    QUINN EMANUEL
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    Phone: 1.212.849.7219


    JOHN MCKEE, ESQUIRE
    QUINN EMANUEL
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    Phone: 1.212.849.7219
```

**Page 4**

```
ALSO PRESENT:

    PETER LAI, CLVS, Videographer
    ALBERT PARK, Lead Interpreter
    KELLY MYUNG, Check Interpreter
```

33

1  MR. ERWINE:  Thank you.
2  MR. WALDEN:  Sure.
3  MR. ERWINE:  This is Exhibit 12.
4  MR. WALDEN:  We're going to do Song Exhibit 1.
5  MR. ERWINE:  Starting -- Song Exhibit 1.
6  Okay.
7  Q  Mr. Song, can you identify what's been marked
8  Song Exhibit 1?
9  A  Yes.  This is a Samsung UX document which
10 shows all the necessary functions and operations for
11 Samsung internet.
12  Q  Turn to page 35 of the document, please.  Does
13 this page describe the contextual popup menu that
14 appears after the short tap for the DA1-A or DA1-B
15 phones?
16  MR. ERWINE:  Objection.  Vague.
17  A  No.
18  Q  What is this contextual popup menu?
19  A  This context popup is showing when you long
20 press on a link within a web page, that's what this
21 context menu is showing.
22  Q  Turn to page 37, please.  What is being
23 depicted -- or what's being shown on this page, if you
24 know?
25  A  This page describes when we do long press how

34

1  the text selection is being done.
2  THE CHECK INTERPRETER:  "Text selection are
3  one of the basic functions or operations is being done."
4  MR. WALDEN:  Can we take a quick break for,
5  like, five minutes --
6  MR. ERWINE:  Sure.
7  MR. WALDEN:  -- and we'll come back and we'll
8  be done in five minutes after that.
9  MR. ERWINE:  No problem.
10  MR. WALDEN:  Thanks.
11  THE VIDEOGRAPHER:  We are going off the
12 record.  The time is 1645.
13  (Recess from 4:45 p.m. until 4:49 p.m.)
14  THE VIDEOGRAPHER:  We are now back on the
15 record.  The time is 1659.

36

25  MR. ERWINE:  Objection.  Vague.

4  MR. ERWINE:  Same objection.  Vague.

10  MR. WALDEN:  I'm going to mark as Song
11 Exhibit 2 a document bearing Bates stamps DA401 through
12 444.
13  (SONG Deposition Exhibit 2 marked for
14 identification and attached to the transcript.)

37

[Lines 1–13 redacted]

14    THE VIDEOGRAPHER:  This marks the end of
15 today's deposition of Kyo Sun Song.  We are now going
16 off the record.  The time is 1710.
17       (The videotaped deposition of KYO SUN SONG was
18 adjourned at 5:10 p.m.)

38

1       CERTIFICATE OF SHORTHAND REPORTER
2 I, M. Michaud, the officer before whom the foregoing
3 deposition was taken, do hereby certify that the
4 foregoing transcript is a true and correct record of the
5 testimony given; that said testimony was taken by me
6 stenographically and thereafter reduced to typewriting
7 under my direction; that reading and signing was not
8 requested; and that I am neither counsel for, related
9 to, nor employed by any of the parties to this case and
10 have no interest, financial or otherwise, in its
11 outcome.
12
13 IN WITNESS WHEREOF, I have hereunto set my hand this
14 12th day of August, 2017.

20 [signature]
21 _____
22 M. Michaud, CSR(A)