# EXHIBIT H
## (Filed Under Seal)



pd
Planet Depos
We Make It Happen™

Attorneys' Eyes Only

# Transcript of Daewoong Kim, as Designated Representative

**Date:** August 10, 2017

**Case:** Apple -v- Samsung; Samsung -v- Apple (DUAL CAPTION 12-CV-0630-LHK-PSG)

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

- - - - - - - - - - - - - - - - - - - - -x
APPLE INC., a California corporation, Plaintiff, :
v.
SAMSUNG ELECTRONICS CO. LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendant : Civil Action No. 11-CV-01846-LHK

APPLE INC., a California corporation, Plaintiff, :
v.
SAMSUNG ELECTRONICS CO. LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendant. : Civil Action No. 12-CV-00630-LHK
- - - - - - - - - - - - - - - - - - - - -x

ATTORNEYS' EYES ONLY

Videotaped Deposition of SAMSUNG,
By and through its Designated Representative

DAEWOONG KIM
SEOUL, SOUTH KOREA
Thursday, August 10, 2017
9:07 A.M.

Job No.: 154123
Pages: 1 - 76
Reported By: M. Michaud, CSR(A)

Videotaped Deposition of DAEWOONG KIM, held at the offices of:

INTERCONTINENTAL SEOUL COEX
524 Bongeunsa-ro
Gangnam-gu
Seoul, 06164
Phone: 82-2-34522500

Pursuant to notice, before M. Michaud, CSR(A).

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:
CALVIN WALDEN, ESQUIRE
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Phone: 1.650.858.6168

DAVID SMITH, ESQUIRE
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Phone: 1.650.858.6168

ON BEHALF OF DEFENDANT:
RICHARD ERWINE, ESQUIRE
QUINN EMANUEL
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: 1.212.849.7219

JOHN MCKEE, ESQUIRE
QUINN EMANUEL
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: 1.212.849.7219

ALSO PRESENT:
PETER LAI, CLVS, Videographer
ALBERT PARK, Lead Interpreter
KELLY MYUNG, Check Interpreter



59

MR. ERWINE: Objection. Vague.

MR. ERWINE: Objection. Mischaracterizes the witness's testimony.

60

MR. ERWINE: Objection. Vague.

MR. ERWINE: Objection. Vague.

[redacted]

MR. WALDEN: Okay. So I will mark -- this is the last --

MR. ERWINE: So, counsel, you said it was

5 minutes 15 minutes ago.

MR. WALDEN: This the last exhibit. I'm just trying to get --

MR. ERWINE: You understand my frustration. If you're really -- if this is the last document --

MR. WALDEN: If you were really in such a rush, you wouldn't have taken 25-minute breaks twice. So let's just mark this last exhibit and we'll be done; okay?

MR. ERWINE: All right.

MR. WALDEN: The document is Bates labelled Bates 31631 through 31964.

(KIM Deposition Exhibit 11 marked for identification and attached to the transcript.)

[redacted]

MR. WALDEN: I have no further questions. Thank you very much.

THE VIDEOGRAPHER: We are now going off the record. The time is 1402.

(The videotaped deposition of DAEWOONG KIM was adjourned at 2:02 p.m.)

CERTIFICATE OF SHORTHAND REPORTER

I, M. Michaud, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of August, 2017.

_________________________

M. Michaud, CSR(A)