| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kathleen M. Sullivan (Bar No. 242261) kathleensullivan@quinnemanuel.com Kevin P.B. Johnson (Bar No. 177129) |
| 8 | kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) |
| 9 | victoriamaroulis@quinnemanuel.com 555 Twin Dolphin Drive, 5th Floor |
| 10 | Redwood Shores, California 94065 Telephone: (650) 801-5000 |
| 11 | Facsimile: (650) 801-5100 |
| 12 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 13 | Michael T. Zeller (Cal. Bar No. 196417) michaelzeller@quinnemanuel.com |
| 14 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 15 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 16 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 17 | |
| 18 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 19 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 22 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (NMC) |
| 23 | Plaintiff, | |
| | vs. | **SAMSUNG'S NOTICE OF PROPOSED JUDGMENT** |
| 24 | | |
| 25 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **FILED UNDER SEAL** |
| 26 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, | |
| 27 | LLC, a Delaware limited liability company, | |
| 28 | Defendants. | |

1 Pursuant to this Court's February 15, 2018 order (Dkt. 2243), Samsung respectfully submits
2 the contemporaneously filed proposed judgment.  Samsung sought to confer with Apple in order
3 submit a joint form of the judgment, but Apple refused to share its proposal.

4 The numbers in Samsung's proposed judgment all come from this Court's orders and the
5 agreement of the parties:

6 - Damages awarded to Apple by the jury (less agreed-upon deductions) of
7   $96,504,067.00.  (Dkt. 2185-2 (Joint Status Report) at 1 ("The parties agree that
8   Samsung may deduct $23,120,933.00 from its payment of the jury's
9   $119,625,000.00 damages award against Samsung.").)

10 - Prejudgment interest on damages of $221,840.00.  (*Id.* ("The parties also agree that
11   Samsung may deduct $87,982 from its payment to Apple on the agreed-upon
12   amount of $309,822 in pre-judgment interest.").)

13 - Supplemental damages of ■■■■■■ (Dkt. 2182-2 (Supplemental Joint Case
14   Management Conference Statement) at 2.)

15 - Prejudgment interest on supplemental damages of ■■■■. (*Id.*)

16 - Ongoing royalties of $6,494,252.  (Dkt. 2243 (Order Granting in Part and Denying
17   in Part Motion for Ongoing Royalties) at 36.)

18 - Enhanced damages of $897,187.50.  (Dkt. 2203 (Order re: Willfulness and
19   Enhanced Damages) at 31.)

20 - Costs to Apple of $1,110,639.75.  (Dkt. 2182-2 at 1.)

21 - Damages awarded to Samsung by the jury of $158,400.00.  (*Id.*)

22 The proposed judgment reflects four amounts:

23 (1) the amount awarded to Apple in the prior judgment less deductions ($96,504,067.00)
24     plus prejudgment interest ($221,840.00), for a total of $96,725,907.00.

25 (2) additional amounts not reflected in the November 25, 2014 judgment but agreed upon
26     by the parties:  supplemental damages ■■■■■■ plus prejudgment interest
27     thereon ■■■ plus ongoing royalties ($6,494,252) plus costs to Apple ($1,110,639.75),
28     for a total of ■■■■■■

(3) additional amounts not reflected in the November 25, 2014 judgment but still subject to appeal:  enhanced damages of $897,187.50.

(4) the amount awarded to Samsung in the prior judgment of $158,400.00.

The proposed judgment does not include post-judgment interest, but those interest amounts are governed by 28 U.S.C. 1961 and have been agreed upon by the parties.

Samsung respectfully requests that the parties be directed to pay the judgement (other than enhanced damages that are subject to possible appeal) within 30 days after its entry.

DATED:  February 22, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
   Kathleen M. Sullivan
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael L. Fazio

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC