UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | **FILED UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Judgment is entered against Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and in favor of
3 Apple, Inc. ("Apple") in the amount of the damages awarded by the jury, as reflected in the
4 November 25, 2014 judgment of this Court less agreed-upon deductions, of $96,725,907.00.
5  Judgment is also entered against Samsung and in favor of Apple, for an additional amount
6 not reflected in the November 25, 2014 judgment but agreed upon by the parties, of
7 ███████.
8  Judgment is further entered against Samsung and in favor of Apple, for an additional
9 amount not reflected in the November 25, 2014 judgment and still subject to appeal, of
10 $897,187.50.
11  Judgment is entered against Apple and in favor of Samsung, as reflected in the November
12 25, 2014 judgment of this Court, in the amount of the jury award of $158,400.00.

**IT IS SO ORDERED.**

DATED: _____, 2018

The Honorable Lucy H. Koh
United States District Judge