1  WILLIAM F. LEE
   william.lee@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  60 State Street
4  Boston, Massachusetts 02109
   Telephone: (617) 526-6000
5  Facsimile: (617) 526-5000

6  MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  950 Page Mill Road
9  Palo Alto, California 94304
   Telephone: (650) 858-6000
10 Facsimile: (650) 858-6100

11
   Attorneys for Plaintiff and
12 Counterclaim-Defendant APPLE INC.

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                            **SAN JOSE DIVISION**
16

17

18
   APPLE INC., a California corporation,    Case No. 12-cv-00630-LHK
19
                    Plaintiff,              **NOTICE OF WITHDRAWAL OF**
20                                          **JOHN P. PETTIT**
           v.
21
   SAMSUNG ELECTRONICS CO., LTD., a Korean
22 corporation; SAMSUNG ELECTRONICS
   AMERICA, INC., a New York corporation; and
23 SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
24 company,
25
                    Defendants.
26

27

28
                                            NOTICE OF WITHDRAWAL OF JOHN PETTIT
                                            Case No. 5:12-cv-00630

Notice is hereby given that John P. Pettit formerly of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, will no longer represent Plaintiff Apple Inc. in the above-captioned matter, effective immediately.

Plaintiff Apple Inc. will continue to be represented by the attorneys of record of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, as well as by the remaining attorneys of Wilmer Cutler Pickering Hale and Dorr LLP who are admitted *pro hac vice* in this matter.

Dated: May 4, 2018

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
    MARK D. SELWYN
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Telephone: (650) 858-6000

    Attorneys for Plaintiff
    APPLE INC.