UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>         Defendants. | Case Nos. 11-CV-01846-LHK, 12-CV-00630-LHK<br><br>**ORDER DIRECTING PARTIES TO RETRIEVE ADMITTED TRIAL EXHIBITS** |

On June 27, 2018, the Court filed an order dismissing with prejudice the 11-CV-1846 case. No. 11-CV-1846, ECF No. 3836. On April 10, 2018, the Court entered final judgment in the 12-CV-630 case. No. 12-CV-630, ECF No. 2257. The deadline for filing a notice of appeal in that case has now passed. *See* Fed. R. App. P. 4(a).

Accordingly, the parties are hereby ordered to retrieve from the Clerk's office the copies of admitted exhibits for all of the trials in the 11-CV-1846 and 12-CV-630 cases by July 2, 2018.

**IT IS SO ORDERED.**

Dated: June 27, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case Nos. 11-CV-01846-LHK , 12-CV-00630-LHK
ORDER DIRECTING PARTIES TO RETRIEVE ADMITTED TRIAL EXHIBITS