**[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND** |

    Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") posted supersedeas bonds dated December 5, 2014 (nos. 09173766 and K09169210) in support of the final judgment and cost award entered by this Court. ECF Nos. 2076, 2144.  In light of the parties' dismissal upon settlement in Case No. 11-cv-1846, the parties agree the bonds dated December 5, 2014 should be released.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the Bond Nos. 09173766 and K09169210 shall be released and returned to Samsung, with Samsung to bear all associated costs;

1    IT IS FURTHER STIPULATED AND AGREED that Zurich American Insurance
2 Company is relieved from any and all past, present, and future obligations and liabilities under
3 Bond No. 09173766 issued by Zurich American Insurance Company; and that
4    IT IS FURTHER STIPULATED AND AGREED that Westchester Fire Insurance
5 Company is relieved from any and all past, present, and future obligations and liabilities under
6 Bond No. K09169210 issued by Westchester Insurance Company.

7

8 DATED: June 27, 2018                WILMER CUTLER PICKERING HALE AND
                                      DORR LLP
9

10                                     By */s/ Mark D. Selwyn*
11
                                          Attorney for
12                                        APPLE INC.

13

14 DATED: June 27, 2018                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
15

16
                                       By */s/ Victoria F. Maroulis*
17                                        Kathleen M. Sullivan
                                          Charles K. Verhoeven
18                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
19                                        William C. Price
                                          Michael L. Fazio
20

21                                        Attorneys for
                                          SAMSUNG ELECTRONICS CO., LTD.,
22                                        SAMSUNG ELECTRONICS AMERICA, INC.,
                                          and SAMSUNG TELECOMMUNICATIONS
23                                        AMERICA, LLC

24

25

26

27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: _____, 2018

```
                                        _____
                                        HONORABLE LUCY H. KOH
                                        United States District Court Judge
```