**[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RELEASE SUPERSEDEAS BOND** |

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") posted supersedeas bonds dated December 5, 2014 (nos. 09173766 and K09169210) in support of the final judgment and cost award entered by this Court. ECF Nos. 2076, 2144. In light of the parties' dismissal upon settlement in Case No. 11-cv-1846, the parties agree the bonds dated December 5, 2014 should be released.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the Bond Nos. 09173766 and K09169210 shall be released and returned to Samsung, with Samsung to bear all associated costs;

IT IS FURTHER STIPULATED AND AGREED that Zurich American Insurance Company is relieved from any and all past, present, and future obligations and liabilities under Bond No. 09173766 issued by Zurich American Insurance Company; and that

IT IS FURTHER STIPULATED AND AGREED that Westchester Fire Insurance Company is relieved from any and all past, present, and future obligations and liabilities under Bond No. K09169210 issued by Westchester Insurance Company.

DATED: June 27, 2018

WILMER CUTLER PICKERING HALE AND DORR LLP

By */s/ Mark D. Selwyn*

Attorney for
APPLE INC.

DATED: June 27, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Kathleen M. Sullivan
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael L. Fazio

Attorneys for
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 27, 2018

Lucy H. Koh
HONORABLE LUCY H. KOH
United States District Court Judge