UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South First Street
San Jose, CA  95113

www.cand.uscourts.gov



Susan Y. Soong
Clerk of Court

General Court Number
408-535-5358

June 29, 2018

CASE NUMBER(s):  11-CV-1846 (LHK) 12-CV-630 (LHK) and

CASE TITLE:  APPLE INC., v. SAMSUNG ELECTRONICS CO. LTD., et al

## RECEIPT

I acknowledge receipt of the following exhibits in the above case:

See attached Order (Dkt #2261) regarding Document Locators (11-CV-1846 Dkt #3783 and 12-CV630 Dkt #1891)

by: Albert Younger
Divisional Supervisor

Counsel for: APPLE, INC / SAMSUNG ELECT.
Name of Plaintiff/Defendant,

Name of Counsel: ERNEST AGUIPAY (APPLE)
CALEB BRALEY (SAMSUNG)
(Print)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>   Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br>   Defendants. | Case Nos. 11-CV-01846-LHK, 12-CV-00630-LHK <br><br> **ORDER DIRECTING PARTIES TO RETRIEVE ADMITTED TRIAL EXHIBITS** |

On June 27, 2018, the Court filed an order dismissing with prejudice the 11-CV-1846 case. No. 11-CV-1846, ECF No. 3836. On April 10, 2018, the Court entered final judgment in the 12-CV-630 case. No. 12-CV-630, ECF No. 2257. The deadline for filing a notice of appeal in that case has now passed. *See* Fed. R. App. P. 4(a).

Accordingly, the parties are hereby ordered to retrieve from the Clerk's office the copies of admitted exhibits for all of the trials in the 11-CV-1846 and 12-CV-630 cases by July 2, 2018.

**IT IS SO ORDERED.**

Dated: June 27, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case Nos. 11-CV-01846-LHK , 12-CV-00630-LHK
ORDER DIRECTING PARTIES TO RETRIEVE ADMITTED TRIAL EXHIBITS